RECEIVED
2012 MAY 21 A 11: 13
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RHONDA B. POWELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO.: 2:12-cv-440-WHA |
| v. | ) |
| | ) |
| JACK DOANE, DAVID PERRY, | ) |
| and REX McDOWELL, | ) JURY TRIAL DEMANDED |
| | ) |
| Defendants. | ) |

## VERIFIED COMPLAINT

**COMES NOW** Plaintiff, Rhonda B. Powell, by and through her counsel of record and files this complaint against the following individuals; Jack Doane, David Perry, and Rex McDowell. In support thereof, Plaintiff states as follows:

### I. INTRODUCTION

1. This is a suit authorized and brought to secure protection of and to redress the deprivation of rights secured by the First Amendment of the United States Constitution, which has been incorporated to the states under the Due Process Clause of the Fourteenth Amendment of the United States, and is actionable pursuant to 42 U.S.C. § 1983.

2. This suit is also authorized and brought to secure protection of and to redress the deprivation of rights secured by the Alabama Whistleblower statute codified at Ala.Code 1975 § 36-25-24.

1

## II. JURISDICTION AND VENUE

3. Jurisdiction is invoked pursuant to 28 U.S.C. §§ 1331 and 1367.

4. The occurrences and events giving rise to this action occurred in Montgomery County, Alabama. Venue is proper pursuant to 28 U.S.C. § 1391(b).

## III. PARTIES

5. Plaintiff, Rhonda B. Powell (hereinafter "Plaintiff" or "Powell") is over nineteen (19) years of age, and is a resident of Elmore County, Alabama.

6. The Defendant, Jack Doane (hereinafter "Defendant" or "Doane"), is an "individual" who, at all times mentioned in this suit, has worked as a Director to the Alabama Department of Finance Information Services Division during the complained of activity made subject of this suit. Furthermore, Doane has acted under the color of law as defined under 42 U.S.C. § 1983 during the complained of events made subject of this suit. Doane is over nineteen (19) years of age. Plaintiff is unaware of where Doane presently resides.

7. The Defendant, David Perry (hereinafter "Defendant" or "Perry"), is an "individual" who, at all times mentioned in this suit, worked as a Director of Finance and is now Governor Bentley's Chief of Staff. He has acted under the color of law as defined under 42 U.S.C. § 1983 during the complained of acts made subject of this suit. Perry is over nineteen (19) years of age. Plaintiff is unaware of where Perry presently resides.

8.   The Defendant, Rex McDowell (hereinafter "Defendant" or "McDowell"), is an "individual" who, at all times that are the basis of this suit, worked as the Assistant Finance Director. He has acted under the color of law as defined under 42 U.S.C. § 1983 during the complained of acts made subject of this suit. McDowell is over nineteen (19) years of age. Plaintiff is unaware of where McDowell presently resides.

## V.   FACTUAL ALLEGATIONS

9.   The allegations contained in paragraphs 1 through 8 are inclusive and are hereby incorporated by reference.

10.  Powell was hired by the State of Alabama around January 1978 and worked until 1982. In 1988, Plaintiff was rehired by the State of Alabama as a Clerk Typist II.

11.  Around the month of January, 2006, Powell was transferred to the State of Alabama Finance Department as an Executive Secretary, who reported to direct supervisor Jim Burns.

12.  During the month of September, 2009, Plaintiff was removed from the position of Executive Secretary and demoted to an Administrative Support Assistant III. Plaintiff was required to report to McDowell and Doane after this demotion.

13. On or about March 10, 2011, Plaintiff notified Doane that she had contacted the State of Alabama Ethics Commission.

14. On or about March 18, 2011, Plaintiff filled out a formal Complaint against McDowell with the State of Alabama Ethics Commission, and this Complaint was filed on March 23, 2011.

15. On or about March 24, 2011, Plaintiff was notified that she was going to be transferred to the Office of Applications, Development, and Support.

16. On or about March 28, 2011, Plaintiff received a memorandum from Defendant Perry formally informing Plaintiff that she was to begin reporting to the Office of Applications, Development, and Support on March 29, 2011.

## COUNT I

## FREE SPEECH RETALIATION IN VIOLATION OF THE FIRST AMENDMENT OF THE UNITED STATES CONSTITUTION, INCORPORATED TO THE STATES THROUGH THE FOURTEENTH AMENDMENT AND MADE ACTIONABLE THROUGH 42 U.S.C. § 1983

17. The allegations contained in paragraphs 1 through 16 are inclusive and are hereby incorporated by reference.

18. On or about March 10, 2011, Plaintiff notified Defendant Doane that she engaged in the protected speech of contacting the Alabama State Ethics Commission.

4

19. On or about March 18, 2011, Plaintiff engaged in protected speech by obtaining and filling out a Complaint against Defendant McDowell with the Alabama State Ethics Commission.

20. On or about March 23, 2011, Plaintiff filed the formal Complaint against Defendant McDowell with the Alabama State Ethics Commission. Plaintiff's Complaint was filed in good faith and was supported with documented evidence supporting Plaintiff's contentions that Defendant McDowell was engaging in unethical activities and practices while working at his position with the State of Alabama.

21. On or about March 24, 2011, Plaintiff was notified that she was going to be transferred to the Office of Applications, Development, and Support.

22. On or about March 28, 2011, Plaintiff received a memorandum from Defendant Perry informing Plaintiff that she was to immediately being transferred and was to begin reporting to the Office of Application and Support on March 29, 2011.

23. Plaintiff was transferred unlawfully by Defendants McDowell, Doane, and Perry. Defendants were state actors acting under color of law as defined under 42 U.S.C. § 1983 during all times relevant to this Count. Furthermore, these Defendants violated Plaintiff's constitutionally protected rights by retaliating against Plaintiff due to her engaging in protected speech under the First

Amendment of the United States Constitution which has been incorporated to the States via the Fourteenth Amendment of the United States Constitution.

WHEREFORE, premises considered, Plaintiff demands judgment against Defendants Doane, McDowell, and Perry for compensatory damages, punitive damages, consequential damages, incidental damages, the costs of this action, interests, attorney's fees, and any other, further, and different relief to which she may be entitled.

## COUNT II

## VIOLATION OF THE ALABAMA WHISTLEBLOWER STATUTE CODIFIED IN ALA.CODE 1975 § 36-25-24

24. The allegations contained in paragraphs 1 through 23 are inclusive and are hereby incorporated by reference.

25. On or about March 10, 2011, Plaintiff notified Defendant Doane that she engaged in the protected speech of contacting the Alabama State Ethics Commission.

26. On or about March 18, 2011, Plaintiff engaged in protected speech by obtaining and filling out a Complaint against Defendant McDowell with the Alabama State Ethics Commission.

27. On or about March 23, 2011, Plaintiff filed the formal Complaint against Defendant McDowell with the Alabama State Ethics Commission. Plaintiff's

Complaint was filed in good faith and was supported with documented evidence supporting Plaintiff's contentions that Defendant McDowell was engaging in unethical activities and practices while working at his position with the State of Alabama.

28. On or about March 24, 2011, Plaintiff was notified that she was going to be transferred to the Office of Applications, Development, and Support.

29. On or about March 28, 2011, Plaintiff received a memorandum from Defendant Perry informing Plaintiff that she was immediately being transferred and was to begin reporting to the Office of Applications, Development, and Support on March 29, 2011.

30. Plaintiff was transferred unlawfully by Defendants McDowell, Doane, and Perry. Defendants were public officials and / or employees at all times pertinent in this Count. Furthermore, Defendants transferred Plaintiff unlawfully based on her communications with the Alabama State Ethics Commission which ultimately led to the filing of a formal Complaint against Defendant McDowell. Plaintiff's transfer was done in violation of the Alabama's Whistleblower statute codified at Ala. Code 1975 § 36-25-24.

WHEREFORE, premises considered, Plaintiff demands judgment against Defendants Doane, McDowell, and Perry for compensatory damages, punitive damages, consequential damages, incidental damages, the costs of this action,

interests, attorney's fees, and any other, further, and different relief to which she may be entitled.

**THE PLAINTIFF DEMANDS TRIAL BY STRUCK JURY.**

Respectfully submitted,

*/s/ Benjamin H. Cooper*
Benjamin H. Cooper
Attorney for Plaintiff
ASB-5793-I72C

**OF COUNSEL**

The Law Offices of Benjamin H. Cooper, P.C.
2301 Arlington Avenue South, Suite 300
Birmingham, AL 35205
Tel: (205) 307-6006
Fax: 1-866-286-1586
ben.cooperlawoffice@gmail.com

**PLAINTIFF'S ADDRESS**
Ms. Rhonda B. Powell
c/o Benjamin H. Cooper, Esq.
2301 Arlington Avenue South, Suite 300
Birmingham, AL 35205

**VERIFICATION OF COMPLAINT**

Before me, the undersigned authority, a Notary Public in and for said County and State, personally appeared Rhonda Powell, the Plaintiff in this action, and who being known to me and being duly sworn deposes and states that she has read the foregoing Complaint, that it was prepared at her direction, and the averments and facts contained therein are true and correct to the best of her knowledge, information, and belief.

Date: May __10th__, 2012

_____
Rhonda Powell

Sworn and subscribed before me this the 10th day of May, 2012.

_____
NOTARY PUBLIC

My Commission expires: 1-27-2015

**CLERK OF COURT**
Please serve the Defendants by certified U.S. Mail, Return Receipt, at the following address:

**Rex McDowell**
**64 North Union Street, Room 200**
**Montgomery, AL 36130**

**Jack Doane**
**Director of ISD**
**64 North Union Street, Room 200**
**Montgomery, AL 36130**

**David Perry**
**Chief of Staff**
**State Capitol**
**600 Dexter Avenue, Room N-102**
**Montgomery, AL 36130**

**Luther Strange**
**Office of the Attorney General**
**P.O. Box 300152**
**Montgomery, AL**

9