IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RHONDA B. POWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.  2:12cv440-WHA |
| | ) | |
| JACK DOANE, DAVID PERRY, and | ) | (wo) |
| REX MCDOWELL, | ) | |
| | ) | |
| Defendants. | ) | |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered on this day, final judgment is entered in favor of the Defendants Jack Doane, David Perry, and Rex McDowell and against the Plaitniff, Rhonda B. Powell, on the Plaintiff's federal claim.

The state law claim is dismissed without prejudice, pursuant to 28 U.S.C. § 1367(c).

Costs are taxed against the Plaintiff.


Done this 23rd day of August, 2013.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE